[No. 57723-9-I. Division One. February 12, 2007.]

GARY D. ALLEN, *Appellant*, v. ASBESTOS CORPORATION, LTD.
ET AL., *Defendants*, UNIROYAL, INC., *Respondent*.

The opinion in the above captioned case, which appeared
in the advance sheets at 137 Wn. App. 233-45, has been
omitted from the permanent bound volume pursuant to an
order of the Court of Appeals dated April 16, 2007 directing
that the opinion be published in full. The opinion is repub-
lished at 138 Wn. App. 564.